UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASEY GILSON P.C., by and through
assignee, SALEEM N. MUSALLAM,

    Plaintiff,

v.                                                    Case No: 8:16-mc-64-T-36AEP

JAMES J. GIBSON, JR.,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on June 30, 2016 (Doc. 13). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Defendant's Motion (Doc. 4) be DENIED WITHOUT PREJUDICE. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 13) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Defendant's Motion for Order To Show Cause For Contempt of Court and Motion to Refer Plaintiff to the US Attorney's Offices for Criminal Prosecution (Doc. 4) is **DENIED without prejudice.**

(3)     The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida on July 19, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record